United States District Court
Ocala Florida.

Oriyomi Sadiq Aloba

civil
5:24-cv-31-MMH-PRL

District Court Clerk

Petition for Administrative
Review.

Petitioner Oriyomi Sadiq Aloba pro se bring this petition under 28 USCS 1651, requesting that the Court resolve the conflict of interest that exist within the Administration of the Court due to extraordinary ordinary circumstances in this petition.

The extraordinary circumstances is a question of law as to whether petitioner is not been denied of access to courts due to extra misconduct conduct of the clerk office to continue to manipulate, disguise and permutating petition identity in other to coverup false imprison.

### Background.

On an unknown date petitioner filed a petition in this court alleging that he was being denied liberty without due process under a Fictitious identity and upon that offered the bases of contention that there was no conviction because the petitioner detention was on Fictitious identity that render petitioner denial of access to court however District court clerk continued to write back to petitioner under numerous Falsified identity instead of petitioner true verified identity.

petitioner attempted to reason with the clerk that, manipulating petitioner identity in other to deliver a court judgement to petitioner defeat petitioner right of access to court and contested that the district court correct the error or consider all communication rejected please exhibit one.

The District Court clerk claimed in it response attached in exhibit two, claimed that all issues must be presented in filing standard format.

The court should entertain this petition under 28 USCS 1651 because petitioner does not have any other avenue to resolve this issue due to extraordinary circumstance on the ground that because the Court has failed to properly resolved petitioner filings that are then converted into one way communication if the court continued to reffered to petitioner under a fictitious identity which is a conduct that is prohibited under 18 USCS 35. As its in this case, the District Court Clerk received a petition under the name Oriyomi Sadiq Alaba but filed petition under Oriyomi Saddiq Alaba 75821-112 which does not correctly identify petitioner even within the Bureau of prison policy- or filing and mailing document under Oriyomi Alaba 75821-112.

Because not only that the clerk officer is violating petitioner rights of access to court but also engaging in aiding and abbetting of corruption of the Bureau of prison to kidnapped petitioner under a fictitious identity.

Base on the foregoing reason this court should entertain this petition for the purpose of resolving whether the court is operating as employee of Bureau of prison to deprive petitioner of right of access to court by acting the same manner the Bureau of prison operated, by falsely imprisoning petitioner under a a false and fictitious identity.

And whether petitioner has not been hindered or deprived of access to court when the court continue to maintain petitioner litigation under a fictitious identity. Please see Exhibit three of petitioner statement alleging facts of other instances under oath of filings that has been knowingly converted to match fictitious identity. please also see exhibit four of petitioner statement under oath as certificate of identity.

### Prayer

requesting that the court find that conflict of interest exist and that the court operated in a manner that violated petitioner due process rights of access to court.

The court find that the clerk engaged in misconduct to operate as employee of bureau of prison to hinder petitioner right of access to court.

Yours,
Oriyomi Sadiq Alaba

## Statement under oath

Petitioner Oriyomi Sadiq Aloba pro se states under oath pursuant to 28 USCS 1746 and 18 USCS 1001 the followings are true.

Petitioner true name is Oriyomi Sadiq Aloba, petitioner had never identified himself as any other way other than has established in his affidavit or certificate of identity attached to this document.

Petitioner has been forced to abandon as result of conclusion of opinion that petitioner has right to litigate and communicate with the court under his true identity until the court can resolve whether there is no legal issue in correspondent by the court under fictitious identity.

Petitioner has received from Bureau of prison several letter or response from the court by the means of excessive for with the followings names which is not petitioner true identity but false and fictitious.

Oriyomi Sadiq Aloba  75821112
Oriyomi S Aloba  75821112
Oriyomi Saddiq Aloba  75821112
Oriyomi Aloba  75821112

None of this names identifies petitioner and even Administrative Law under title 5 USCS 552/a prohibit the use of false information is prohibited please also see the Bureau of prison policy of requirement to report accuracy information with right to petition to dispute reject any untrue information.

Respectfully Submitted
Oriyomi Sadiq Aloba
01-12-28

## Certificate of Identity

Pursuant to 28 USCS 1746, 18 USCS 1001, I swear on this day 01-10-2024, that the following name entered below is the true name and spelling of my name and that my name does not include as is omission any variation of spelling or numbers other than has entered below.

ORIYOMI SADIQ ALOBA.

Respectfully yours
Oriyomi Sadiq Aloba
01-10-25

Exhibit

Federal Court
Middle District

JAN 8 2024 AM11:29
RCVD - USDC - FLMD - OCA

Case: 5:23-CV-560-JLB-PRL

To Court clerk:
~~Lisa Fannin~~
Elizabeth M. Warren.

    I am sending you this letter as notice of rejection on the ground that all communication addressed to me on the above case number does not identify me, because you continued to associate me with fraudulent and fictitious information fabricated by Bureau of prison without affording me opportunity to litigate which in my view your office is operating on behalf of Bureau of prison to continue to maintain false information to make adversary and legal decission over my person.

    Until this letter is addressed within 21 days. I shall petition the United States alleging that you are falsifying decission of this proceedings on behalf of Bureau of prison Federal Agency in other to deceived me into thinking that a Magistrate judge or judge with proper authority as made such decission and that this conduct of yours was made on behalf of BOP.

    I shall also by this contention seek public intervention in this ongoing corruption of your office.

Thank You.
Aloba Oriyomi Sadiq.